1  MORGAN, LEWIS & BOCKIUS LLP
   Benjamin P. Smith (SBN 197551)
2  bpsmith@morganlewis.com
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1596
   T. 415.442.1000
4  F. 415.442.1001

5  Winstol D. Carter, Jr.
   wcarter@morganlewis.com
6  1000 Louisiana Street, Suite 4000
   Houston, TX 77002
7  T. 713.890.5000
   F. 713.890.5001
8  *Pro Hac Vice Application to be Filed*

9  David M. Morris
   dmorris@morganlewis.com
10 Alex Hanna
   ahanna@morganlewis.com
11 1111 Pennsylvania Ave., NW
   Washington, DC 20004
12 T. 202.739.3000
   F. 202.739.3001
13 *Pro Hac Vice Application to be Filed*

14 *Attorneys for Plaintiffs*
   HANGZHOU LANGHONG TECHNOLOGY CO.
15 LTD. AND
   LANGHONG TECHNOLOGY USA, INC.

16

17           UNITED STATES DISTRICT COURT

18          NORTHERN DISTRICT OF CALIFORNIA

19 HANGZHOU LANGHONG TECHNOLOGY          Case No. 3:14-cv-05197  AMENDED
   CO. LTD. and LANGHONG TECHNOLOGY
20 USA, INC.,                            **SECOND JOINT STIPULATION AND**
                                         **[PROPOSED] ORDER TO CONTINUE**
              Plaintiffs,                **CASE MANAGEMENT CONFERENCE**
21                                        **(CMC), JOINT CMC STATEMENT,**
         v.                              **AND LANGHONG'S ANSWER TO**
22                                        **DEFENDANT'S COUNTERCLAIM(S)**
23 INVUE SECURITY PRODUCTS INC.
                                         DEMAND FOR JURY TRIAL
              Defendant.
24

25

26

27                                       SECOND JOINT STIPULATION TO
                                         CONTINUE CASE MANAGEMENT
28                                       CONFERENCE (CMC), JOINT CMC
                                    1    STATEMENT, LANGHONG'S ANSWER TO
MORGAN, LEWIS &                          DEFENDANT'S COUNTERCLAIM(S), AND
  BOCKIUS LLP                            PROPOSED ORDER
 ATTORNEYS AT LAW                        CASE NO. 3:14-CV-05197

1  Plaintiffs Langhong Technology USA, Inc. and Hangzhou Langhong Technology Co. Ltd.
2  (collectively, "Langhong"), and Defendant InVue Security Products Inc. ("InVue"), (collectively,
3  Langhong and InVue are hereinafter referred to as "Parties") file this Second Joint Stipulation to
4  Continue Case Management Conference ("CMC"), Joint CMC Statement, and Langhong's
5  Answer to Defendant's Counterclaim(s), and state as follows:

6  WHEREAS, the Parties have reached a settlement in principle that resolves this action, an
7  action pending in the Western District of North Carolina (Charlotte Division), an action pending
8  in the Northern District of Texas (Fort Worth Division), and a proceeding in the United States
9  Patent and Trademark Office, however the parties are continuing to work out specific terms of the
10  agreement,

11  WHEREAS, on May 12, 2015, the Court granted the Parties' Corrected First Joint
12  Stipulation to Continue Case Management Conference and Joint Case Management Statement
13  and ordered that the CMC be held on June 11, 2015 and the Joint CMC Statement be filed by
14  June 4, 2015, (*see* D.E. 19 at 4)

15  WHEREAS, in view of their focus on memorializing the settlement reached in principle
16  and in the interest of efficiency, the Parties have agreed that continuing by at least thirty (30) days
17  (a) the CMC and Joint CMC Statement, and (b) Langhong's answer (or other responsive
18  pleading) to InVue's counterclaim(s), would further the resolution of this matter,

19  The Parties hereby file this Second Joint Stipulation to Continue the CMC, Joint CMC
20  Statement, and Langhong's Answer to Defendant's Counterclaim(s), and respectfully request that
21  the Court continue the CMC to July 13, 2015, and the Joint CMC Statement and Langhong's
22  answer (or other responsive pleading) to InVue's counterclaim(s) to July 6, 2015, or to dates later
23  than the foregoing dates that the Court deems proper.  The parties anticipate that prior to these
24  dates, a settlement agreement will be finalized and a dismissal of this action filed.

25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

2

SECOND JOINT STIPULATION TO
CONTINUE CASE MANAGEMENT
CONFERENCE (CMC), JOINT CMC
STATEMENT, LANGHONG'S ANSWER TO
DEFENDANT'S COUNTERCLAIM(S), AND
PROPOSED ORDER
CASE NO. 3:14-CV-05197

1    Dated: June 2, 2015

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

RESPECTFULLY SUBMITTED,

MORGAN, LEWIS & BOCKIUS LLP

BY   /S/ *BENJAMIN P. SMITH*
         BENJAMIN P. SMITH

         Winstol D. Carter, Jr.
         wcarter@morganlewis.com
         1000 Louisiana Street, Suite 4000
         Houston, TX 77002
         T. 713.890.5000
         F. 713.890.5001

         David M. Morris
         dmorris@morganlewis.com
         Alex Hanna
         ahanna@morganlewis.com
         1111 Pennsylvania Ave., NW
         Washington, DC 20004
         T. 202.739.3000
         F. 202.739.3001

         *Attorneys for Plaintiffs*
         HANGZHOU LANGHONG
         TECHNOLOGY CO. LTD. AND
         LANGHONG TECHNOLOGY USA,
         INC.

ALSTON & BIRD

By   /s/ *RYAN KOPPELMAN*
         Ryan Koppelman

         RYAN KOPPELMAN (CA SBN 290704)
         ryan.koppelman@alston.com
         ALSTON & BIRD LLP
         1950 University Avenue, 5th Floor
         East Palo Alto, CA  94303
         Telephone: (650) 838-2000
         Facsimile: (650) 838-2001

         *Attorneys for Defendant*
         INVUE SECURITY PRODUCTS INC.

3

SECOND JOINT STIPULATION TO
CONTINUE CASE MANAGEMENT
CONFERENCE (CMC), JOINT CMC
STATEMENT, LANGHONG'S ANSWER TO
DEFENDANT'S COUNTERCLAIM(S), AND
PROPOSED ORDER
CASE NO. 3:14-CV-05197

AMENDED

1    **ORDER**

2        Having considered that the Parties have reached a settlement in principle,

3        **IT IS HEREBY ORDERED** that the Case Management Conference is continued to July
         16

4    ~~13,~~ 2015, and the Joint Case Management Statement and Langhong's answer (or other responsive

5    pleading) to InVue's counterclaims to July ~~6,~~ 9 2015.

6

7    Dated:    June 2, 2015

8

9    _____

10                     MARIA-ELENA JAMES
                       United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                                    SECOND JOINT STIPULATION TO
                                                      CONTINUE CASE MANAGEMENT
                                                      CONFERENCE (CMC), JOINT CMC
28                                    4               STATEMENT, LANGHONG'S ANSWER TO
MORGAN, LEWIS &                                       DEFENDANT'S COUNTERCLAIM(S), AND
BOCKIUS LLP                                           PROPOSED ORDER
ATTORNEYS AT LAW                                      CASE NO. 3:14-CV-05197